IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ECL GROUP, LLC AND IO PRACTICEWARE, INC., | § § § | |
| Plaintiffs, | § § | |
| v. | § § | CIVIL ACTION NO. 3:17-CV-02399-D |
| TROY MASS, | § § § | |
| Defendant. | § | |

**PLAINTIFFS' UNOPPOSED MOTION TO EXCEED PAGE LIMIT**

TO THE HONORABLE SIDNEY FITZWATER, U.S. DISTRICT JUDGE:

COME NOW, Plaintiffs ECL GROUP, LLC ("ECL") and IO PRACTICEWARE, INC. ("IOPW") (collectively, "Plaintiffs") in the above-styled matter, and file this Unopposed Motion to Exceed Page Limit and would respectfully show the Court the following:

Plaintiffs respectfully request that the Court grant them leave to file a 36 page response brief in opposition to Defendant's Motion for (1) an Opinion on Choice of Law; (2) Dismissal or Transfer; (3) Dissolution of Injunctive Relief Improperly Obtained; and (4) Briefing schedule on Attorney's fees and other Relief.  The local rules limit the response brief to 25 pages.  However, the motion to which Plaintiffs will file a response brief includes four (4) different motions/requests from the court including a complicated choice of law analysis.  The number and complexity of the arguments have required additional pages of briefing.  Finally, Defendant does not oppose the requested extension.

THEREFORE, Plaintiffs respectfully request that the Court extend the page limit from 25 to 36 pages for the Plaintiff's Response Brief to Defendant's Motion for (1) an Opinion on

**PLAINTIFFS' UNOPPOSED MOTION TO EXCEED PAGE LIMIT--PAGE 1**

Choice of Law; (2) Dismissal or Transfer; (3) Dissolution of Injunctive Relief Improperly Obtained; and (4) Briefing schedule on Attorney's fees and other Relief.

Respectfully submitted,

**CONDON TOBIN SLADEK THORNTON**

/s/*Kendal B. Reed*
Aaron Z. Tobin
Texas Bar No. 24028045
atobin@ctstlaw.com
Kendal B. Reed
Texas Bar No. 24048755
kreed@ctstlaw.com
E. Ashley Sims
Texas Bar No. 24051776
asims@ctstlaw.com
8181 Park Lane, Suite700
Dallas, Texas 75231
Telephone: 214-265-3800
Facsimile: 214-691-6311

**ATTORNEYS FOR PLAINTIFFS**

**CERTIFICATE OF CONFERENCE**

The undersigned certifies that a conference was held with counsel for Defendant on Monday, October 23, 2017 regarding the relief sought in this motion. Defendant Troy Mass, is not opposed to the relief sought.

Signed this the 23rd day of October, 2017.

/s/ *Kendal B. Reed*
Kendal B. Reed

**CERTIFICATE OF SERVICE**

On October 24, 2017, I electronically submitted the foregoing document with the clerk of the court of the U.S. District Court, Northern District of Texas, using the CM/ECF system which will send a notice of electronic filing to all counsel of record. I hereby certify that I have served all counsel of record electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

**PLAINTIFFS' UNOPPOSED MOTION TO EXCEED PAGE LIMIT--PAGE 2**

Jamie Jean McKey
Joe Kendall
Kendall Law Group LLP
3232 McKinney Avenue, Suite 700
Dallas, TX 75204


Felipe J Arroyo
Robbins Arroyo LLP
600 B Street
Suite 1900
San Diego, CA 92101

                                         /s/ *Kendal B. Reed*
                                         Kendal B. Reed